UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LING-RONG CHEN,

       Plaintiff,

v.

THE CITY OF SYRACUSE, SYRACUSE POLICE    NOTICE OF MOTION
OFFICER JOSEPH REILLY, SYRACUSE POLICE    Civil Action No.: 6:06-cv-1143
OFFICER HARRY BURNS and CITY OF SYRACUSE    NPM/GHL
POLICE OFFICER MARK KLEIST, said Police Officer
Defendants sued both individually and as Police Officers
of the City of Syracuse Police Department,

       Defendants.

| | |
|---|---|
| MOTION MADE BY: | By: RORY A. McMAHON, ESQ.<br>CORPORATION COUNSEL<br>OF THE CITY OF SYRACUSE<br>Attorney for Defendants<br>Mary Anne Doherty, Esq.<br>Assistant Corporation Counsel |
| DATE, TIME AND<br>PLACE OF HEARING: | May 26, 2009, at 9:30 a.m. before the Hon. Neal P. McCurn, United States District Court Judge |
| SUPPORTING PAPERS: | Memorandum of Law |
| RELIEF REQUESTED: | 1. An Order granting Defendants' motion *in limine*.<br><br>2. Such other and further relief as the Court may determine to be just and proper |

Dated: May 15, 2009
       Syracuse, New York

RORY A. McMAHON, ESQ.
CORPORATION COUNSEL
OF THE CITY OF SYRACUSE
Attorney for Defendants

By: <u>s/ Mary Anne Doherty</u>
    Mary Anne Doherty, Esq.
    Assistant Corporation Counsel
    Of Counsel
    Bar Roll No. 511188
    300 City Hall
    Syracuse, New York 13202
    Tel: (315) 448-8400
    Fax: (315) 448-8381