# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Ling-Rong Chen,**

      **Plaintiff,**

  vs.                **CASE NUMBER: 6:06cv1143**

**City of Syracuse**, et al,

      **Defendants'**

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED**, the Court awards the City of Syracuse and the Police Officer defendants, as prevailing parties, against Ling-Rong Chen, the amount set forth on the submitted Bill of Costs, filed by The City of Syracuse, Harry Burns, John Reilly, less the amount requested for Investigative Services, for a total allowable cost of $3,997.80.

    All of the above pursuant to the order of Senior United States District Court Judge, Neal P. McCurn, dated the 22nd day of June, 2009.

DATED: June 23, 2009

*Lawrence K. Baerman*
Clerk of Court

                              s/

                              Marie N. Marra
                              Deputy Clerk